```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREDDY ANTHONY RODRIGUEZ,                                       JUDGMENT
                                                                06-CV- 5906 (JG)
                          Plaintiff,

        -against-

PAUL LAIRD, WARDEN,
MDC Federal Bureau of Prison,

                          Defendant.
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 8 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on January 3, 2007, dismissing the action under Federal Rule of Civil Procedure 41(a)(2); it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the action is dismissed under Federal Rule of Civil Procedure 41(a)(2).

Dated: Brooklyn, New York
       January 04, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court